# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

HOUSTON, TEXAS   77002

## RECORDS RETENTION SCHEDULE IN CIVIL CASES

(See Supreme Court Order in Special Supplement to Texas Rules of Court, 1997, Blue Book/page 62)

(Secretary to complete entire top portion at time opinion is delivered – have signed by authoring judge)


CASE NO.: 14-13-00532-CV            DATE CASE FILED:  6/19/13

STYLE:  **In Re Robert Primo, Relator**

COUNTY:  Harris

DESCRIPTION/SUBJECT OF CASE:      Original Proceeding

PANEL:  **Busby**      Boyce      Jamison      PER CURIAM   YES
          (Credit)

OPINION ISSUED:  **August 30, 2013**        OPINION DECISION:  Denied

RECOMMEND:        DESTROY      YES            HISTORICAL

COMMENTS:


SIGNED:   /s/  **Deborah Young**                          DATE:  08/30/13
          (Attorney)

———————————————**FOR CLERK'S USE ONLY**———————————————

MANDATE ISSUED: _____

LETTER TO STATE ARCHIVES (date):  _____

COMMENTS:  _____

———————————————**FOR CLERK'S USE ONLY**———————————————

(Dispose of 10 years after final disposition)

DATE DESTROYED:  _____

DATE SENT TO STATE ARCHIVES FOR PERMANENT RETENTION:  _____